**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 00-1580**

---

MAZEO CLARK,

Plaintiff - Appellant,

versus

CECIL H. UNDERWOOD, Governor, State of West
Virginia; PHIL GOODWIN, Ex Director, Memorial
Hospital, Kanawha City; GAYLENE MILLER, Com-
missioner, Ex Director Earl Jarvis, K.V.S.S.
Citizen, K.V.S.S. Board of Directors of this
non profit organization incorporated by the
State of West Virginia (sic); CHARLESTON
HOUSING AUTHORITY; CITY OF CHARLESTON, WEST
VIRGINIA; HUSSIEN E. EL-AHA, Dr.,

Defendants - Appellees.

---

Appeal from the United States District Court for the Southern
District of West Virginia, at Charleston. John T. Copenhaver, Jr.,
District Judge. (CA-99-892-2)

---

Submitted: October 31, 2000      Decided: December 4, 2000

---

Before WILKINS, NIEMEYER, and LUTTIG, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Mazeo Clark, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Mazeo Clark appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 1999) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Clark v. Underwood</u>, No. CA-99-892-2 (S.D.W. Va. Apr. 25, 2000).[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

---

[*] Although the district court's order is marked as "filed" on April 24, 2000, the district court's records show that it was entered on the docket sheet on April 25, 2000. Pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure, it is the date that the order was entered on the docket sheet that we take as the effective date of the district court's decision. <u>See</u> <u>Wilson v. Murray</u>, 806 F.2d 1232, 1234-35 (4th Cir. 1986).